JUDGE LYNCH                          '07 CIV 7429

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RUDOLF A. OETKER KG,

                Plaintiff,

- against -

TONIQUE OIL SERVICES LTD,

                Defendant.
-----------------------------------------------------------------X

ECF CASE
RECEIVED AUG 21 2007
U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: August 21, 2007
New York, NY

                The Plaintiff,
              RUDOLF A. OETKER KG,

            By: _____
              Charles E. Murphy (CM 2125)
              LENNON, MURPHY & LENNON, LLC
              The Gray Bar Building
              420 Lexington Ave., Suite 300
              New York, NY 10170
              (212) 490-6050
              facsimile (212) 490-6070
              cem@lenmur.com