USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

RUDOLF A. OETKER KG,                          :

                          Plaintiff,          :          07 CV 7429 (GEL)

                                              :          ECF CASE

        - against -                           :

TONIQUE OIL SERVICES LTD,                     :

                          Defendant.          :

-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

        Please take notice, there having been no Answer filed by the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

        The case has settled and, therefore, the attachment is hereby vacated and all garnishee banks are directed to immediately release all funds attached pursuant to the Ex-Parte Order of Maritime Attachment issued herein.

Dated: March 7, 2008
        New York, NY

                          The Plaintiff,
                          RUDOLF A. OETKER KG,

                          By: _____
                          Charles E. Murphy (CM 2125)
                          LENNON, MURPHY & LENNON, LLC
                          The Gray Bar Building
                          420 Lexington Ave., Suite 300
                          New York, NY 10170
                          (212) 490-6050
                          facsimile (212) 490-6070
                          cem@lenmur.com

SO ORDERED

GERARD E. LYNCH, U.S.D.J.

3/14/08

## AFFIRMATION OF SERVICE

I hereby certify that on March 7, 2008 a copy of the foregoing Notice of Voluntary dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: _Charles E. Murphy_
Charles E. Murphy